IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MID-CONTINENT CASUALTY COMPANY                    PLAINTIFF

VS.                          CASE NO. 06-CV-1107

JERRY C. LANGLEY,
JERRY LANGLEY OIL COMPANY, LLC, and
THREE SISTERS PETROLEUM, INC.                     DEFENDANTS

INTERLOCUTORY DEFAULT JUDGMENT

ON THIS DAY came on to be heard Plaintiff Mid-Continental Casualty Company's Motion for Interlocutory Default Judgment against Defendant Three Sisters Petroleum, Inc., and the Court, having heard said Motion and having reviewed the pleadings and evidence on file herein, finds that the Defendant Three Sisters Petroleum, Inc. has been legally served and has failed to file an Answer herein, that Plaintiff is not seeking any monetary damages against Defendant Three Sisters Petroleum, Inc., and that said Motion is well taken and should be, in all respects, **GRANTED**.

IT IS, THEREFORE, ORDERED upon final hearing herein, Defendant Three Sisters Petroleum, Inc. shall be bound by any final declaratory judgment entered herein in favor of Plaintiff, Mid-Continental Casualty Company.

ENTERED this 30th day of March, 2007.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge